396 A.2d 823

Commonwealth v. Greenwood, Appellant.

610

 Argued October 23, 1978. George B. Stegenga, for appellant; Paul M. Petro, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

SPAETH, J., dissented for the reasons stated by President Judge SWEET in his dissenting opinion.